IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America            :

v.                                  :            CRIMINAL NO. RDB 21-0427

William R. Johnson, Jr.             :

## SCHEDULING ORDER

The following schedule is hereby entered to govern the course of further proceedings in this case:

1. All motions, except motions *in limine*, shall be filed by **June 24, 2022.** Motions *in limine* shall be filed by the date of the pretrial conference.

2. A motions hearing will be scheduled for **if needed** in Courtroom 5D.

3. A pretrial conference will be held **October 12, 2022 at 4:00 p.m.**, in Chambers 5D. By that date, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pretrial review of exhibits, except those to be used solely for impeachment. The parties= requested *voir dire* and requested jury instructions shall be submitted at the time of the pretrial conference.

   a. Defendant(s) need not submit requested jury instructions that copy the Government=s requested instructions and as to which the Defendant(s) agree with the Government.

   b. Defendant(s) shall note any objections to the Government=s requested jury instructions.

   c. Requested instructions shall be patterned on L. Sand, et al., Modern Federal

Jury Instructions, and submitted in the text of the instruction requested, noting reference to Sand. Requests which simply reference the numbers assigned by Sand are not sufficient, unless the request seeks a non-substantive instruction.

>COUNSEL MUST BE SURE TO NOTE THAT:
>
>(1)  Any request for an instruction based on a printed text shall be submitted in the form of a photocopy of the printed page with the appropriate interlineation.
>
>(2)  Any request based upon a precedent or other authority shall attach a copy of the page(s) relied upon.
>
>(3)  Objections to a requested jury instruction may be made by submitting a marked copy of the request.

d.  Requested *voir dire* and jury instructions shall also be submitted on disk, as well as a copy emailed to Chambers at: **MDD_RDBChambers@mdd.uscourts.gov**

4.  The 1-week Jury Trial will commence on **October 17, 2022** at 9:30 a.m. in Courtroom 5D.  Counsel should be in Court at 9:30 a.m. to address miscellaneous matters prior to the commencement of jury selection.  Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be by motion and filed with the Clerk.  No letters directed to Chambers will be effective to change this schedule, except for an initial letter request made not more than 10 days from the date hereof.

SO ORDERED, this 12th day of January, 2022.

                                                  _____/s/_____
                                                  Richard D. Bennett
                                                  United States District Judge