IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB 21-0427 |
| | * | |
| WILLIAM JOHNSON, JR., | * | |
| | * | |
| Defendant | * | |
| | * | |

******

# ORDER

Upon consideration of the Government's Motion to Exclude Time, it is, <u>12th</u> day of this January, 2022,

ORDERED that the Court finds that any delay in the trial of the above case between October 26, 2021, until February 15, 2022, or until such date as the parties to review and complete discovery and commence in any plea negotiations and for the Court to resolve any pretrial motions and other matters pertaining to the trial of the Defendant shall be excluded pursuant to Title 18 U.S.C. § 3161 (h)(1)(D) and (h)(7)(A), for the reasons set forth herein and in the government's motion.

The Court further finds, for the reasons stated in the government's motion, that any delay resulting from the continuance of the imposition of dates for the filing of pretrial motions, the motions hearing and the trial of this case is in the interest of justice and outweighs the interests of the public and the Defendant in a speedy trial.

IT IS SO **ORDERED**.

Signed this 12th of January, 2022.

/s/
_____
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND