IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   CRIMINAL NO. RDB-21-0427 |
| WILLIAM R. JOHNSON, Jr., | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## CONSENT MOTION TO AMEND SCHEDULING ORDER AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

William R. Johnson, Jr., by and through his attorneys, Andrew I. Alperstein, Esquire, and Joseph M. Pappafotis, Esquire moves with the agreement of the Government to modify the Scheduling Order issued on January 12, 2022 and amended on June 15, 2022, in the above-captioned matter and states as follows:

1. On January 12, 2022, the Court issued a scheduling order that required all motions, except motions *in limine*, to be filed by June 24, 2022.

2. On June 15, 2022, the Court granted Defendant's Motion to Amend Scheduling Order and Extend Time for Filing Pretrial Motions extended the time for filing all motions except *motions in limine* to July 25, 2022.

3. During a phone call today between the Defense and the Government plea negotiations were discussed as well as the due date for pretrial motions excluding *motions in limine*.

4. The Defense and the Government are still in plea negotiations.

5. The Defense would respectfully requests an extension of an additional two weeks for filing pretrial motions excluding *motions in limine*.

1

6. The Defense and the Government discussed this request during the phone call today and the Government consents to an extension of two weeks for filing pretrial motions.

Wherefore, the Defense requests that this Court enter an Order extending the time for filing all motions except motions *in limine* by fifteen (15) days.

Respectfully submitted,

Counsel for Defendant

By: _____/s/_____
Andrew I. Alperstein, Esquire
Federal Bar No: 26645
aia@alpersteinlaw.com
Joseph M. Pappafotis, Esquire
Federal Bar No: 20807
jmp@alpersteinlaw.com
Alperstein & Diener, PA
201 N. Charles St; Suite 2000
Baltimore, MD 21201

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the aforegoing Consent Motion to Amend Scheduling Order and Extend Time for Filing Pretrial Motions was delivered to the following: the Office of the U.S. Attorney for the District of Maryland, Northern Division, 36 S. Charles Street, Maryland 20770, on the 25th day of July, 2022.

                                            JOSEPH M. PAPPAFOTIS, ESQUIRE
                                            Federal Bar No. 20807
                                            ALPERSTEIN & DIENER, P.A.
                                            Attorney for Defendant