# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>**United States District Judge**<br>**Northern Division** | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel: 410-962-3190<br>Fax: 410-962-3177 |

September 14, 2022

## LETTER ORDER

TO: COUNSEL OF RECORD

    RE:   *USA v. William R. Johnson*
            Criminal No. RDB-21-0427

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**　　　　　April 12, 2023 at 4:00 p.m.

**Jury Trial**　　　　　　　　　　April 17, 2023 at 9:30 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                  /s/

                Richard D. Bennett
                United States District Judge